# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION

**FILED**

ASHEVILLE, N. C.

AUG 2 6 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA
　upon the relation and
　for the use of the
TENNESSEE VALLEY AUTHORITY
Plaintiff

v.

Civil Action No. _2:05cv214_

AN EASEMENT AND RIGHT-OF-WAY
OVER 0.39 ACRE OF LAND, MORE OR
LESS, AND ADDITIONAL RIGHTS
WITH RESPECT TO A PREEXISTING
EASEMENT AND RIGHT-OF-WAY
OVER LAND IN CHEROKEE
COUNTY, NORTH CAROLINA

LYNDA L. ROSS, ET AL.
Defendants

## ORDER OF POSSESSION

Pursuant to the Declaration of Taking Act, 40 U.S.C. §§ 3114-3118

(2000 & Supp. II, 2002) (formerly codified as 40 U.S.C. §§ 258a-258e), which

authorizes the Court "to give the Government immediate possession of the

[condemned] property" (*United States v. Miller*, 317 U.S. 369, 381, 63 S.Ct. 276,

87 L.Ed. 336 (1943)), it is hereby Ordered that the Tennessee Valley Authority,

as agent of the United States of America, be put into immediate possession of the

property described in the Declaration of Taking filed in this action to the extent

necessary to permit the Tennessee Valley Authority to carry on any of its

1

Dockets.Justia.com

operations described in the pleadings filed herein, and that the Defendants in such action surrender possession of the said property to the Tennessee Valley Authority accordingly.

This _**25ᵗʰ**_ day of _August_, 2005.

_____
United States District Judge

003739399