UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   upon the relation and<br>   for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>               v.<br><br>AN EASEMENT AND RIGHT-OF-WAY<br>OVER 0.39 ACRE OF LAND, MORE OR<br>LESS, AND ADDITIONAL RIGHTS<br>WITH RESPECT TO A PREEXISTING<br>EASEMENT AND RIGHT-OF-WAY<br>OVER LAND IN CHEROKEE COUNTY,<br>NORTH CAROLINA<br><br>LYNDA L. ROSS, ET AL.<br>Defendants | Civil Action No. 2:05CV214 |

## ORDER SETTING CASE FOR TRIAL

The only remaining issue in this action is what amount constitutes just compensation for the taking of an easement and right-of-way over land in Cherokee County, North Carolina.

**IT IS, THEREFORE, ORDERED** that said issue shall be decided by the Court based on affidavits and/or declarations addressing only that issue and filed herein not later than AUGUST 1, 2006, together with the pleadings and other matters of record in this action.

1

**IT IS FURTHER ORDERED** that any party objecting to said issue being decided on that basis shall file such objection on or before **JUNE 30, 2006.**

**IT IS FURTHER ORDERED** that if any objections are filed, this action will be calendared for trial before the Court without a jury for the term beginning August 11, 2006, at the U.S. Courthouse in Bryson City, North Carolina.

Signed: June 16, 2006

Lacy H. Thornburg
United States District Judge